# Court of Appeals
# of the State of Georgia

ATLANTA,    April 02, 2015

*The Court of Appeals hereby passes the following order:*

**A15A1126.  Williams v. Crown Asset Management, LLC et al.**

The appeal in this case was docketed on February 19, 2015, and the appellant's brief was due on March 11, 2015. As of the date of this order, appellant's brief and enumeration of errors still have not been filed. Accordingly, this appeal is hereby DISMISSED as abandoned. See Court of Appeals Rule 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*    04/02/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*